STATE of Missouri, Respondent,

v.

**Russell S. MARTIN, Appellant.**

**No. WD 49011.**

Missouri Court of Appeals,
Western District.

Feb. 14, 1995.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and HANNA, JJ.

***ORDER***

PER CURIAM.

The defendant challenges the sufficiency of the evidence to support his conviction for first degree assault, § 565.050, RSMo 1986.

Judgment of conviction affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

**Bruce ASLIN, Appellant.**

**Bruce J. ASLIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 46806, WD 49223.**

Missouri Court of Appeals,
Western District.

Feb. 14, 1995.

Raymond L. Legg, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and KENNEDY and BERREY, JJ.

***ORDER***

PER CURIAM.

Appeal of convictions of two counts of statutory rape, § 566.030, RSMo Cum.Supp.1993, two counts of incest, § 568.020, RSMo 1986, and the trial court's denial, after evidentiary hearing, of appellant's Rule 29.15 postconviction motion.

Affirmed. Rules 30.25(b) and 84.16(b).